```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   TONY HALL,                              No. CIV S-10-2331-CMK-P
12            Plaintiff,
13       vs.                                 ORDER
14   MATTHEW CATE, et al.,
15            Defendants.
16                                   /
```

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18  U.S.C. § 1983. The alleged civil rights violations took place in Kern County, which is within the

19  boundaries of the Fresno division of the United States District Court for the Eastern District of

20  California. See Local Rule 120(b). Pursuant to Local Rule 120(d), a civil action which has not

21  been commenced in the proper division of the court may, on the court's own motion, be

22  transferred to the proper division. Because the Sacramento division of this court is not the proper

23  division, this action will be transferred to the Fresno division.

24  / / /

25  / / /

26  / / /

                                                 1

1       Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
2 United States District Court for the Eastern District of California sitting in Fresno.

4  DATED: September 3, 2010

                                                                                                                      **CRAIG M. KELLISON**
                                                                                                              UNITED STATES MAGISTRATE JUDGE